**Order entered September 18, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00333-CR

**ADRIAN CARDONA VELASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1476518-M**

## ORDER

The State's motion for extension of time to file brief is **GRANTED**. The State's Brief is

deemed **FILED** September 15, 2017.

/s/    DAVID L. BRIDGES
          PRESIDING JUSTICE